FILED

APR 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-119-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| STEVEN MARSHALL MELCHER, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 25), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation shall be filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 17th day of April, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1